ACCEPTED
14-13-00638-CV
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 12:22:22 PM
CHRISTOPHER PRINE
CLERK

No. 14-13-00638-CV

IN THE

FOURTEENTH DISTRICT COURT OF APPEALS OF TEXAS

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/2/2015 12:22:22 PM
CHRISTOPHER A. PRINE
Clerk

AT HOUSTON, TEXAS

---

VINCENT T. LADAY
APPELLANT

VS.

GILBERTO G. PEDRAZA
APPELLEE

---

APPEALED FROM THE 55TH JUDICIAL DISTRICT COURT
OF HARRIS COUNTY, TEXAS
CAUSE NO. 2011-49767

---

MOTION TO SUBSTITUTE COUNSEL

---

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Jeff A. Fanaff, of the law offices of Fanaff & Baldwin, with permission and consent of the client, and moves this Honorable Court to substitute Jeff A. Fanaff of the law offices of Fanaff & Baldwin as attorney of record for Gilberto G. Pedraza, Appellee, in the place and stead of Javier S. Martinez of Fanaff & Baldwin.

Respectfully submitted,

FANAFF & BALDWIN


BY:      **/s/ *Jeff A. Fanaff***

        JEFF A. FANAFF
        TBN: 00784035
        11200 Richmond Avenue, Suite 250
        Houston, TX 77082
        (281) 496-3140 - Telephone
        (855) 472-9294 - Facsimile
        jeff.fanaff@farmersinsurance.com
        ATTORNEYS FOR APPELLEE


Respectfully submitted,

FANAFF & BALDWIN


BY:   **/s/ *Javier S. Martinez***

        JAVIER S. MARTINEZ
        TBN: 13142200
        11200 Richmond Avenue, Suite 250
        Houston, TX 77082
        (281) 368-6969 – Telephone
        (281) 725-4814 – Facsimile
        javier.martinez@farmersinsurance.com
        ATTORNEYS FOR APPELLEE

## CERTIFICATE OF SERVICE

I certify that on the 2nd day of June, 2015, a true and correct copy of the foregoing instrument was forwarded via certified mail, return receipt requested, and/or by hand delivery and/or by fax transmission and/or by regular mail, and/or by electronic service opposing counsel and to all other counsel of record of first-class regular mail.

George F. May
Twomey/May, PLLC
2 Riverway, 15th Floor
Houston, Texas 77056

Timothy M. McHale
James M. Lassiter, III
The Lassiter Law Firm
3120 Southwest Freeway, Suite 650
Houston, Texas 77098


*/s/ Jeff A. Fanaff*

_____
JEFF A. FANAFF